JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 478 -- IN RE AIRTEMP ACQUISITION SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/07/29 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC., EXHIBITS 1 THRU 11 -- Defts. Fedders Corp., Salvatore Giordano, Sr., Salvatore Giordano, Jr., Bruno Giordano, Ignatius J. Mac Brinn and Howard S. Modlin. SUGGESTED TRANSFEREE DISTRICT: S.D.N.Y. SUGGESTED TRANSFEREE JUDGE: (eaf) |
| 81/07/29 | 2 | LETTER REQUESTING EXPEDITED HEARING, SERVICE TO ATTYS -- Defts. Fedders Corp., Salvatore Giordano, Sr., Salvadore Giordano, Jr., Bruno Giordano, Ignatius J. Mac Brinn and Howard S. Modlin. (eaf) |
| 81/07/31 | | NOTICE REGARDING REQUEST FOR AN EXPEDITED HEARING -- REQUEST DENIED and will be heard at the next regularly scheduled hearing date and pursuant to Panel Rules. Notified all counsel. (eaf) |
| 81/08/07 | | APPEARANCES -- Robert Ehrenbard, Esq. for Chrysler Corp. and John B. Sherman, Esq. for Fedders Corp., Salvatore Giordano, Sr., Salvatore Giordano, Jr., Bruno Giordano, Ignatius J. Mac Brinn, and Howard S. Modlin. (eaf) |
| 81/08/13 | 3 | RESPONSE TO MOTION TO TRANSFER -- Plaintiffs Chrysler Corp. w/cert. of svc. (ds) |
| ~~81/08/24~~ | ~~4~~ | ~~RESPONSE TO MOTION TO TRANSFER -- Defendants -- w/Brief, Exhibits 12 thru 14 and cert. of svc. (ds)~~ |
| 81/08/26 | | HEARING ORDER -- Setting motion of defts. for transfer of actions for hearing on Sep. 24, 1981, Concord, N.H., Notified involved counsel, clerks & judges. (rew) |
| 81/08/24 | 4 | REPLY TO OPPOSITION TO MOTION TO TRANSFER -- Defendants -- w/Brief, Exhibits 12 thru 14 and cert. of svc. (ds) |
| 81/08/17 | | HEARING APPEARANCES -- John B. Sherman, Esq. for All defendants; William C. Heck, Esq. for Chrysler Corp. (ds) |
| 81/10/13 | | ORDER DENYING TRANSFER -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1  
Revised: 8/78

DOCKET NO. 478 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIRTEMP ACQUISITION SECURITIES LITIGATION

## SUMMARY OF LITIGATION

Hearing Dates: 9/24/81

| Orders | | | Transferee | | |
|---|---|---|---|---|---|
| Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 10/13/81 | MO | Unpublished | §1407 DENIED | | |

Special Transferee Information

DATE CLOSED: 10/13/81

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 478 -- IN RE AIRTEMP ACQUISITION SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Chrysler Corporation v. Fedders Corp. | S.D.N.Y. Tenney | 78 Civ. 3393 | | | | |
| A-2 | Chrysler Corp. v. Fedders Corp., et al. | D.N.J. Ackerman | 81-661 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 478 -- IN RE AIRTEMP ACQUISITION SECURITIES LITIGATION

---

<u>CHRYSLER CORP. (A-1, A-2)</u>

Robert Ehrenbard, Esq.
Kelley, Drye & Warren
350 Park Avenue
New York, New York  10022

FEDDERS CORPORATION
SALVATORE GIORDANO, SR.
SALVATORE GIORDANO, JR.
BRUNO GIORDANO
IGNATIUS J. MAC BRINN
<u>HOWARD S. MODLIN</u>

John B. Sherman, Esq.
Weisman, Celler, Spett, Modlin
  & Wertheimer
425 Park Avenue
New York, New York  10022

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 478 -- IN RE AIRTEMP ACQUISITION SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Fedders Corporation | A-1, A-2 |
| Salvatore Giordano, Sr. | A-2 |
| Salvatore Giordano, Jr. | A-2 |
| Bruno Giordano | A-2 |
| Ignatius J. Mac Brinn | A-2 |
| Howard S. Modlin | A-2 |
| | |
| | |
| | |
| | |