DOCKET NO. 478

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIRTEMP ACQUISITION SECURITIES LITIGATION

## ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by the defendants in the two actions listed on the attached Schedule A for transfer of the action pending in the District of New Jersey to the Southern District of New York for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we note that the New York action was commenced over three years ago, that a December 31, 1981 discovery deadline has been established in that action, and that, accordingly, the action is nearly ready for trial. Inclusion of the New York action in centralized pretrial proceedings could delay the termination of that action without providing any overriding benefit to the litigation as a whole. See In re Celotex Corporation "Technifoam" Products Liability Litigation, 68 F.R.D. 502, 505 (J.P.M.L. 1975). Finally, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-478 -- In re Airtemp Acquisition Securities Litigation

District of New Jersey
Chrysler Corp. v. Fedders Corp., et al.,
C.A. No. 81-661
Southern District of New York
Chrysler Corp. v. Fedders Corp.,
C.A. No. 78 Civ 3393